# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hornby, D.Brock | District of Maine | 04/30/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (senior status) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States District Court
156 Federal Street
Portland, ME 04101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Council Member | The American Law Institute |
| 2. | Member, Committee on Science, Technology and the Law | The National Academies |
| 3. | Power-of-Attorney | Member #1 |
| 4. | Co-Trustee | A Trust for the benefit of ⬚ #2 ⬚ |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | self-employed in management consulting, software development and rental property |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The National Academies | 03/25-27/2012 | Washington, DC | CSTL Committee Meeting | paid travel, lodging and meal expenses |
| 2. | New York State Bar Association | 03/27-28/2012 | Toronto, Ontario, Canada | Ontario-New York Legal Summit | paid travel, lodging and meal expenses |
| 3. | CEELI Institute | 6/3-11/2012 | Tunis, Tunisia | Trainer, Building Judicial Integrity Program | paid travel, lodging and meal expenses |
| 4. | The American Law Institute | 10/17-20/2012 | New York, NY | Council Meeting | paid travel, lodging and meal expenses |
| 5. | CEELI Institute | 12/11-16/12 | Prague, Czech Republic | Gathering of Central & Eastern European Judicial Exchange Network | paid travel, lodging and meal expenses |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America accounts | A | Interest | L | T | | | | | |
| 2. Ally Bank accounts | B | Interest | M | T | | | | | |
| 3. Emigrant Direct | B | Interest | M | T | | | | | |
| 4. U.S. Savings Bonds | | None | L | T | | | | | |
| 5. Maine State Turnpike Auth'y bonds | C | Interest | L | T | | | | | |
| 6. Maine Health & Higher Edu. Facs. Auth'y bonds | D | Interest | N | T | Redeemed (part) | 01/3/12 | K | | |
| 7. | | | | | Redeemed (part) | 07/30/12 | K | | |
| 8. | | | | | Buy (add'l) | 01/11/12 | L | | |
| 9. | | | | | Buy (add'l) | 07/12/12 | J | | |
| 10. | | | | | Buy (add'l) | 08/09/12 | K | | |
| 11. | | | | | Buy (add'l) | 08/15/12 | K | | |
| 12. | | | | | Buy (add'l) | 08/28/12 | K | | |
| 13. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 14. Puerto Rico Public Finance Corp. bond | B | Interest | K | T | | | | | |
| 15. Bangor ME bonds | A | Interest | K | T | Buy (add'l) | 08/24/12 | J | | |
| 16. Scarborough ME bond | B | Interest | K | T | | | | | |
| 17. Maine Municipal Bond Bank bonds | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Portland ME Airport bonds | A | Interest | L | T | Buy (add'l) | 08/03/12 | K | | |
| 19. Puerto Rico Public Buildings Auth'y bond | B | Interest | K | T | | | | | |
| 20. Commonwealth of Puerto Rico bonds | D | Interest | M | T | Redeemed (part) | 05/03/12 | K | C | |
| 21. | | | | | Buy (add'l) | 05/07/12 | K | | |
| 22. Univ. of Maine System bonds | A | Interest | K | T | Buy (add'l) | 09/20/12 | K | | |
| 23. Puerto Rico Elec. Power Auth'y bonds | B | Interest | K | T | | | | | |
| 24. Puerto Rico Aqueduct & Sewer Auth'y bonds | B | Interest | K | T | | | | | |
| 25. Lewiston, ME public improvement bond | B | Interest | K | T | | | | | |
| 26. Windham, ME gen'l purpose bond | A | Interest | K | T | | | | | |
| 27. ME Gov't Facilities Auth'y bond | A | Interest | J | T | | | | | |
| 28. RBC Wealth Mgt money mkt acct | A | Interest | J | T | | | | | |
| 29. T. Rowe Price Mutual Int'l Stock Funds | A | Dividend | K | T | | | | | |
| 30. The MP63 Fund, Inc. (mutual fund) | A | Dividend | | | Sold | 01/26/12 | L | D | |
| 31. Brokerage Acct T. Rowe Price | H1 | | | | | | | | |
| 32. -Cash Management Account | A | Interest | J | T | | | | | |
| 33. -com stk General Electric Co. | A | Dividend | K | T | | | | | |
| 34. -ADR Diageo PLC new | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -com stk Avon Products *See Sec. VIII. note | A | Dividend | J | T | | | | | |
| 36. -com stk First Service Corp. | | None | K | T | | | | | |
| 37. -Barclays Bank PLC iPath Index Fund | | None | J | T | | | | | |
| 38. -com stk Newell Rubbermaid | A | Dividend | | | Donated | | | | |
| 39. -Vanguard Group Mutual Funds | | | | | | | | | |
| 40. ---Balanced Index fka Asset Allocation Fund | A | Dividend | K | T | | | | | |
| 41. ---Value Index Fund | B | Dividend | K | T | | | | | |
| 42. ---Inflation Protected Security Inv | A | Dividend | K | T | | | | | |
| 43. ---Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 44. ---Tax Mgt Int'l Fund | A | Dividend | J | T | | | | | |
| 45. -Alpine Funds | | | | | | | | | |
| 46. ---Dynamic Dividend | C | Dividend | K | T | | | | | |
| 47. ---International Real Estate | A | Dividend | K | T | | | | | |
| 48. ---Alpine Found. Fund | A | Dividend | K | T | | | | | |
| 49. -Bridgeway Ultra-Small Company Mkt Fund | A | Dividend | K | T | | | | | |
| 50. -Matthews Asian Funds | | | | | | | | | |
| 51. ---Asia Growth Investor | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---India | A | Dividend | K | T | | | | | |
| 53. -The Fairholme Fund | | None | L | T | | | | | |
| 54. *See Sec. VIII. note | | | | | | | | | |
| 55. -com stk H.J. Heinz Co. | B | Dividend | K | T | | | | | |
| 56. -com stk Illinois Tool Works | A | Dividend | L | T | | | | | |
| 57. IRA Brokerage Acct T. Rowe Price #1 | | | | | | | | | |
| 58. -Cash Management Acct | A | Interest | J | T | | | | | |
| 59. -com stk Intel Corp. | A | Dividend | K | T | | | | | |
| 60. -com stk Starbucks Corp. | A | Dividend | L | T | | | | | |
| 61. -com stk Popular, Inc. | | None | J | T | | | | | |
| 62. -Washington REIT | B | Dividend | K | T | | | | | |
| 63. -com stk Pioneer Natural Resources | A | Dividend | K | T | Sold (part) | 04/30/12 | J | D | |
| 64. -ETF I Shares MSCI Japan | A | Dividend | J | T | | | | | |
| 65. -mutual Fairholme Fund | | None | K | T | | | | | |
| 66. -Blackrock Int'l Bond Portfolio | A | Dividend | J | T | | | | | |
| 67. -American Campus Communities REIT | A | Dividend | K | T | | | | | |
| 68. -com stk Grupo Televisa | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Turkish Investment Fund | A | Dividend | K | T | | | | | |
| 70. -Prudent Bear Fund | | None | J | T | | | | | |
| 71. -com stk Peabody Energy Corp. | A | Dividend | J | T | | | | | |
| 72. -com stk Patriot Coal Corp. (Y) | | | | | | | | | |
| 73. -Alpine Total Dynamic Div. Fund | A | Interest | J | T | | | | | |
| 74. -T. Rowe Price Emerging Europe Fund | A | Dividend | J | T | | | | | |
| 75. -Matthews Korea Fund | A | Dividend | J | T | | | | | |
| 76. -com stk Amazon.com | | None | K | T | Sold (part) | 04/30/12 | K | E | |
| 77. -Wisdom Tree Large Cap Div Fund | B | Dividend | L | T | | | | | |
| 78. -Facebook Inc. | | None | K | T | Buy | 07/05/12 | K | | |
| 79. | | | | | Buy (add'l) | 07/27/12 | J | | |
| 80. IRA Brokerage Acct T. Rowe Price #2 | | | | | | | | | |
| 81. -Cash Management Acct | A | Interest | J | T | | | | | |
| 82. -com stk DWS World Income Fund fkaDWS Europe Equity Fund | | None | | | Sold | 02/01/12 | J | | |
| 83. -com stk Powershares QQQ | A | Dividend | K | T | | | | | |
| 84. -com stk Immunogen Inc. | | None | J | T | | | | | |
| 85. -U.S. Global Investors Eastern Europe (mutual) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Vanguard REIT Vipers | A | Dividend | J | T | | | | | |
| 87.  -com stk Coca Cola | A | Dividend | J | T | | | | | |
| 88.  -Vanguard Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 89.  -com stk Cisco Systems Inc. | A | Dividend | J | T | | | | | |
| 90.  -Value Line Fund Inc. | | None | K | T | | | | | |
| 91.  -Prudent Bear Fund | | None | J | T | | | | | |
| 92.  -Fidelity Nordic Countries Fund | A | Dividend | J | T | | | | | |
| 93.  -I Shares MSCI Japan | A | Dividend | J | T | | | | | |
| 94.  -T. Rowe Price Africa & Middle East Fund | A | Dividend | J | T | | | | | |
| 95.  -I shares TR S&P Global Infrastructure Index Fund | A | Dividend | J | T | | | | | |
| 96.  -Vanguard FTSE All-World ex-US ETF | B | Dividend | K | T | | | | | |
| 97.  -Janus Triton Fund | A | Dividend | K | T | Buy | 09/04/12 | J | | |
| 98.  -Parnassus Equity Income Fund | A | Dividend | J | T | Buy | 09/04/12 | J | | |
| 99.  Pension Plan Acct. TIAA-CREF | | None | N | T | | | | | |
| 100.  Pension Plan Acct. TIAA-CREF | | None | P1 | T | | | | | |
| 101.  401K Plan CMC Interactive LLC | | | | | | | | | |
| 102.  -First Eagle Over A Fund | D | Dividend | M | T | Buy (add'l) | 02/15/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Am. Fds Growth Fund R4 (RGAEX) | A | Dividend | | | Sold | 08/08/12 | L | D | |
| 104.  -Perkins Mid-Cap Value Inv (JMCVX) Fund | A | Dividend | K | T | | | | | |
| 105.  -Royce Total Return Fund | B | Dividend | L | T | | | | | |
| 106.  -Oakmark Equity & Income J Fund | B | Dividend | L | T | Buy (add'l) | 02/15/12 | K | | |
| 107.  -Selected American Fund | A | Dividend | | | Sold | 02/14/12 | K | C | |
| 108.  -Columbia Acorn Fund | C | Dividend | M | T | Buy (add'l) | 02/15/12 | K | | |
| 109.  -Pimco Total Return Fund | A | Dividend | J | T | | | | | |
| 110.  -Schwab Int'l Index Fund | A | Dividend | | | Sold | 02/14/12 | K | B | |
| 111.  -Principal Investors High Yield II Fund | B | Dividend | J | T | | | | | |
| 112.  -Landus Growth Investors | B | Dividend | L | T | Buy | 08/09/12 | L | | |
| 113.  voting & nonvoting com stk Mandel Investment Corp. (X) | D | Dividend | O | U | | | | | |
| 114.  1/2 unit ltd. partnership int. in Falls Development Assoc., | | | | | | | | | |
| 115.  ltd. real estate partnership purchased 12/30/85; total | | | | | | | | | |
| 116.  of $16,489.50 pd in installments completed 2/10/90 | | None | K | R | | | | | |
| 117.  ltd. partnership int. in Miraculous, LLC, ltd. | | | | | | | | | |
| 118.  real estate partnership purchased 2/11/02 $50,000 | D | Distribution | L | R | | | | | |
| 119.  Minnesota Life:endowment life | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. Family Member #1 (power of atty) | | | | | | | | | |
| 122. -AllianceBernstein Global Bond Fund Cl. A | A | Dividend | J | T | | | | | |
| 123. -AllianceBernstein Global High Income Fund Inc. | C | Dividend | K | T | | | | | |
| 124. -Alpine Ultra Short Tax Opt. Income Fund Investor Cl. | A | Dividend | | | Sold | 08/08/12 | J | | |
| 125. -Bank of America Subord. InterNotes | C | Interest | | | Redeemed | 06/15/12 | M | | |
| 126. -Calamos Convert. Opportunities & Income Fund | C | Dividend | K | T | | | | | |
| 127. -Calamos Global Dynamic Income Fund | A | Dividend | J | T | | | | | |
| 128. -Calamos Strategic Total Return Fund | B | Dividend | K | T | | | | | |
| 129. -Cohen & Steers Closed End Opportunity Fund Inc. | A | Dividend | J | T | | | | | |
| 130. -Cornerstone Strategic Value Fund Inc. | C | Dividend | | | Sold | 08/08/12 | K | | |
| 131. -Cross Timbers Royalty Trust | B | Dividend | K | T | | | | | |
| 132. -Virtus Total Return Fund fka DCA Total Return Fund | B | Dividend | K | T | | | | | |
| 133. -Delaware River Port Auth'y PA&NJ Marine Terminal Bonds | B | Interest | | | Redeemed | 04/26/12 | K | | |
| 134. -Eaton Vance Ltd Duration Income Fund | B | Dividend | K | T | | | | | |
| 135. -Eaton Vance Tax Advantaged Div. Income Fund | B | Dividend | K | T | | | | | |
| 136. -Essex Cty NJ Improve. Auth. Bonds | B | Interest | | | Sold | 12/06/12 | L | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -1st Tr. Strategic High Inc. Fund II - became III 10/04/11 | B | Dividend | | | Sold | 05/16/12 | L | | |
| 138. -FL State Bd of Public Edu. Bonds | B | Interest | L | T | | | | | |
| 139. -Gen'l Elec. Cap. Corp. InterNotes | C | Interest | M | T | | | | | |
| 140. -Gen'l Motors Acceptance Corp. SmartNotes | B | Interest | | | Redeemed | 08/15/12 | K | | |
| 141. -Harris Cty TX Cultural ED Bonds | A | Interest | J | T | | | | | |
| 142. -Helios High Yield Fund | A | Dividend | J | T | | | | | |
| 143. -Hudson Cty NJ Improve. Auth'y Bonds-Weehawken | B | Interest | K | T | | | | | |
| 144. -Hudson Cty NJ Improve. Auth'y Bonds-Hudson Cty lease | C | Interest | | | Sold | 12/06/12 | L | C | |
| 145. -Inland Western Retail Real Estate Trust now Retail | | None | L | T | Sold (part) | 05/04/12 | J | | |
| 146. Properties of America | | | | | | | | | |
| 147. -iShares iBoxx $ High Yield Corp. Bond Fund | C | Dividend | L | T | | | | | |
| 148. -iSharies iBoxx S Invest. Grade Corp. Bond Fund | A | Dividend | J | T | | | | | |
| 149. -Invesco High Yield Invest. Fund Inc. | A | Dividend | | | Sold | 05/16/12 | K | B | |
| 150. -Invesco Van Kampen High Income Trust II | A | Dividend | J | T | | | | | |
| 151. -JEA FL Elec. Sys. Rev. Elec. Bonds | C | Interest | L | T | | | | | |
| 152. -Lazard World Div. & Income Fund Inc. | A | Dividend | | | Sold | 08/08/12 | J | B | |
| 153. -LMP Real Estate Income Fund Inc. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Neuberger Berman Real Estate Sec. Income Fund Inc. | B | Dividend | K | T | | | | | |
| 155. -New America High Income Fund Inc. | A | Dividend | J | T | | | | | |
| 156. -NJ Healthcare FACS Meridian Health Sys Bonds | A | Interest | | | Redeemed | 01/11/12 | K | | |
| 157. -Nuveen Floating Rate Income Fund | B | Dividend | K | T | | | | | |
| 158. -Nuveen Floating Rate Income Opportunity Fund | A | Dividend | J | T | | | | | |
| 159. -Oppenheimer AMT-FREE Munis Fund Cl. A | A | Dividend | J | T | | | | | |
| 160. -com stk Pace Oil & Gas Ltd. | | None | J | T | | | | | |
| 161. -Peace River/Manasota Regl Wtr Bonds | B | Interest | K | T | | | | | |
| 162. -Pengrowth Enegry Corp. aka Pengrowth Energy Trust | B | Dividend | | | Sold | 12/31/12 | K | | |
| 163. - Permian Basin Royalty Trust | B | Dividend | K | T | | | | | |
| 164. -Pimco Income Strategy Fund | A | Dividend | | | Sold | 05/16/12 | K | A | |
| 165. -Pimco Income Strategy Fund II | D | Dividend | K | T | | | | | |
| 166. -com stk Provident Energy Ltd. (now Pembina Pipeline) | A | Dividend | J | T | | | | | |
| 167. -Prudential Financial Inc. InterNotes | B | Interest | K | T | | | | | |
| 168. -Puerto Rico Aqueduct & Sewer Bonds 2024 (grouped 2) | B | Interest | L | T | | | | | |
| 169. -Puerto Rico Common. G/O RFDG Gen'l Purpose Bonds | B | Interest | K | T | Redeemed (part) | 05/03/12 | J | A | |
| 170. -Puerto Rico Common. Hwys & Streets Bonds | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Puerto Rico Sales Tax Fing Cofina Bonds Ser. A | C | Interest | L | T | | | | | |
| 172. -Puerto Rico Sales Tax Fing Cofina Bonds 2010 Ser. C | A | Interest | K | T | | | | | |
| 173. -Sabine Royalty Trust | B | Dividend | K | T | | | | | |
| 174. -San Juan Basin Royalty Trust | A | Dividend | J | T | | | | | |
| 175. -SPDR Barclays Capital High Yield Bond ETF | C | Dividend | K | T | | | | | |
| 176. -Texas State Tpke Auth'y Cent. TX Tpke Bonds | C | Interest | | | Redeemed | 12/31/12 | K | | |
| 177. -USA Loan Fund DST | D | Dividend | L | T | | | | | |
| 178. -Valero Energy Corp. New Notes | B | Interest | | | Sold | 11/27/12 | L | D | |
| 179. -Wells Fargo Advantage Multi Sector Income Fund | A | Dividend | J | T | | | | | |
| 180. -Western Asset Worldwide Income Fund Inc. | B | Dividend | K | T | | | | | |
| 181. -Zweig Total Return Fund Inc. | C | Dividend | L | T | | | | | |
| 182. -RBC Bank Account | A | Interest | L | T | | | | | |
| 183. -Clipper Fund Inc. | | None | | | Sold | 08/08/12 | K | | |
| 184. -DNP Select Income Fund Inc. | A | Dividend | | | Sold | 05/16/12 | J | B | |
| 185. -com stk NRG Energy Inc. New | A | Dividend | L | T | | | | | |
| 186. -SPDR S&P Dividend ETF | A | Dividend | J | T | | | | | |
| 187. -com stk Goldcorp Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hornby, D.Brock | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Credit Suisse Asset Mgt Income Fund Inc. | A | Dividend | J | T | | | | | |
| 189. -Blackrock Diversified Income Strategies Fund Inc. | A | Dividend | | | Sold | 08/08/12 | K | | |
| 190. -Highland Credit Strategies Fund (now PYXIS) | A | Dividend | | | Sold | 05/16/12 | K | | |
| 191. -Helios Strategic Income Fund Inc. | C | Dividend | L | T | | | | | |
| 192. -MFS Intermediate Income Trust | A | Dividend | | | Sold | 05/16/12 | J | | |
| 193. -Pacholder High Yield Fund PHF | B | Dividend | J | T | | | | | |
| 194. -Putnam Master Intermediate Income Trust | A | Dividend | | | Sold | 05/16/12 | J | | |
| 195. -NJ Econ. Dev't Auth'y Motor Vehicle Bonds | | None | | | Redeemed | 07/12/12 | M | | |
| 196. -NJ Transp. Fund Rapid Transit Bond due 2020 | A | Interest | | | Sold | 12/06/12 | L | C | |
| 197. -NJ Transp. Fund Bonds | D | Interest | N | T | Buy (add'l) | 06/19/12 | K | | |
| 198. | | | | | Buy (add'l) | 06/21/12 | L | | |
| 199. | | | | | Buy (add'l) | 07/05/12 | M | | |
| 200. | | | | | Buy (add'l) | 08/09/12 | K | | |
| 201. -Virgin Islands Pub. Fin. Auth'y Bonds | C | Interest | M | T | | | | | |
| 202. -NJ Econ. Dev. Auth'y Bonds | D | Interest | M | T | Buy (add'l) | 02/25/12 | L | | |
| 203. -NJ Educ. F Auth'y Princeton T Bond | B | Interest | L | T | | | | | |
| 204. -Puerto Rico Pub. Bldg. Auth'y Gov't Fac. Revenue Bond | D | Interest | M | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Gloucester Cty NJ Improvement Auth'y Bond | A | Interest | K | T | | | | | |
| 206. -Calamos Global Dynamic Income Fund | A | Dividend | J | T | | | | | |
| 207. -Prudent Bear Federated Equity Funds | | None | | | Sold | 08/08/12 | J | | |
| 208. -RMR Real Estate Income Fund | A | Dividend | | | Sold | 08/08/12 | K | D | |
| 209. -Puerto Rico public improvement bonds | A | Interest | K | T | Buy | 01/13/12 | K | | |
| 210. | A | Interest | L | T | Buy (add'l) | 05/04/12 | L | | |
| 211. -East Windsor NJ Bd of Edu bond | B | Interest | L | T | Buy | 02/25/12 | L | | |
| 212. - NJ Tpike Auth'y bonds | C | Interest | M | T | Buy | 05/17/12 | M | | |
| 213. -Bloomfield Twp NJ Bd of Edu | B | Interest | L | T | Buy | 06/19/12 | L | | |
| 214. -N. Hudson Sewer Auth'y bond | C | Interest | M | T | Buy | 08/17/12 | M | | |
| 215. -Goldman Sachs Group bond | B | Interest | L | T | Buy | 08/02/12 | L | | |
| 216. | | | | | | | | | |
| 217. ▓ Member #2 (co-trustee) | | | | | | | | | |
| 218. -Alpine Global Premier Properties Fund | A | Dividend | | | Sold | 08/08/12 | J | A | |
| 219. -AllianceBernstein Global High Income Fund Inc. | A | Dividend | J | T | | | | | |
| 220. -Blackrock Senior High Income Fund | A | Dividend | | | Sold | 05/16/12 | J | A | |
| 221. -Credit Suisse Asset Mgt Fund **See Sec. VIII. note | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. - Virtus Total Return Fund fka DCA Total Return Fund | A | Dividend | J | T | | | | | |
| 223. -Detroit Mich Water Supply Sys Bonds | A | Interest | J | T | | | | | |
| 224. - DNP Select Income Fund Inc. | A | Dividend | | | Sold | 05/16/12 | J | A | |
| 225. -First Strategic High Income Fund II | A | Dividend | | | Sold | 05/16/12 | K | | |
| 226. -Fort Myers FL Improvement Bonds | A | Interest | K | T | | | | | |
| 227. -Helios Advantage Income Fund Inc. | A | Dividend | | | Sold | 05/16/12 | J | A | |
| 228. -Highland Credit Strategies Fund (now PYXIS) | A | Dividend | | | Sold | 05/16/12 | J | | |
| 229. -Miami-Dade Cty FL Aviation Bonds | A | Interest | J | T | | | | | |
| 230. -RBC Bank Prime MM Fund RBC Reserve Class | A | Interest | J | T | | | | | |
| 231. -nonvoting stk Mandel Investment Corp. | D | Dividend | | | Distributed | 06/12/12 | M | | |
| 232. -iShares iBoxx $ High Yield Corporate Bond Fund | A | Dividend | J | T | | | | | |
| 233. -Helios High Income Fund | A | Dividend | | | Sold | 05/16/12 | J | A | |
| 234. -Helios Strategic Income Fund | B | Dividend | K | T | | | | | |
| 235. -Helios Multi Sector High Income Fund | A | Dividend | | | Sold | 05/16/12 | J | B | |
| 236. -Invesco High Yield Investments Fund | A | Dividend | | | Sold | 05/16/12 | J | A | |
| 237. -Invesco Van Kampen Senior Income Trust | A | Dividend | | | Sold | 08/08/12 | J | A | |
| 238. -MFS Intermediate Income Trust | A | Dividend | | | Sold | 05/16/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Neuberger Berman Real Estate Sec. Income Fund | A | Dividend | J | T | | | | | |
| 240. -Neuberger Berman High Yield Strategies Fund | A | Dividend | J | T | | | | | |
| 241. -Pimco Income Strategy Fund | A | Dividend | | | Sold | 05/16/12 | J | | |
| 242. -com stk Pengrowth Energy Corp. | A | Dividend | | | Sold | 12/31/12 | J | | |
| 243. -Putnam Master Intermediate Income Trust | A | Dividend | | | Sold | 05/16/12 | J | | |
| 244. -SPDR Series Trust Barclays High Yield Bond ETF | A | Dividend | J | T | | | | | |
| 245. -Zweig Total Return Fund Inc. | A | Dividend | J | T | | | | | |
| 246. -NJ Tpike Auth'y bond | A | Interest | K | T | Buy | 05/17/12 | K | | |
| 247. -Miami FL Revenue bond | A | Interest | K | T | Buy | 05/22/12 | K | | |
| 248. -Univ. of Maine Sys bond | A | Interest | K | T | Buy | 05/24/12 | K | | |
| 249. -Cape Coral FL water & sewer bond | A | Interest | K | T | Buy | 05/29/12 | K | | |
| 250. -Mass. Port Auth'y bond | A | Interest | K | T | Buy | 06/04/12 | K | | |
| 251. -MD Dep't of Transp. bond | A | Interest | K | T | Buy | 06/04/12 | K | | |
| 252. -NJ State Transp. Auth'y bond | A | Interest | K | T | Buy | 06/21/12 | K | | |
| 253. -Maine Health & Higher Edu bond | | None | K | T | Buy | 08/09/12 | K | | |
| 254. | | | | | | | | | |
| 255. ▮▮▮ Member #3 ▮▮▮ co-trustee) | | | | | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -AAG Holding Co. Inc. debentures | A | Interest | | | Sold | 07/13/12 | J | A | |
| 257. -pfd ADR Aegon N.V. | A | Dividend | | | Sold | 10/26/12 | K | B | |
| 258. -Alpine Total Dynamic Div. Fund | A | Dividend | J | T | | | | | |
| 259. -com stk & warrants American Int'l Group Inc. | | None | | | Sold | 03/02/12 | J | | |
| 260. -pfd stk Apartment Investment & Management Co. | A | Dividend | | | Sold | 06/15/12 | J | A | |
| 261. -com stk Ares Capital Corp. | A | Dividend | J | T | | | | | |
| 262. -ADR Banco Santander, S.A. | A | Dividend | J | T | | | | | |
| 263. -ADR Barclays Bank PLC | B | Dividend | J | T | | | | | |
| 264. -com stk Blackstone Group L.P. | A | Dividend | J | T | | | | | |
| 265. -Brandywine Realty Trust | B | Dividend | | | Sold | 05/03/12 | K | A | |
| 266. -BRT Realty Trust | | None | | | Sold | 05/03/12 | J | | |
| 267. -Calamos Convert. Opportunities & Income Fund | A | Dividend | J | T | | | | | |
| 268. -CBRE Clarion Global Real Estate Income Fund | A | Dividend | J | T | | | | | |
| 269. -com stk Citizens Republic Bancorp Inc. | | None | K | T | | | | | |
| 270. -Clipper Funds Inc. | A | Dividend | J | T | | | | | |
| 271. -com stk Coeur D Alene Mines Corp. | | None | J | T | | | | | |
| 272. -com stk Corning Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. -pfd stk Dillards Capital Trust | B | Interest | K | T | | | | | |
| 274. -Dodge & Cox Int'l Stock Fund | A | Dividend | J | T | | | | | |
| 275. -com stk RR Donnelley & Sons Co. | A | Dividend | J | T | | | | | |
| 276. -com stk Eastman Kodak | | None | | | Sold | 03/02/12 | J | | |
| 277. -Eaton Vance Ltd Duration Income Fund | A | Dividend | J | T | | | | | |
| 278. -com stk Exxon Mobil Corp. | D | Dividend | M | T | | | | | |
| 279. -Fidelity NJ Municipal money mkt | A | Interest | K | T | | | | | |
| 280. -First Industrial Realty Trust Inc. PFD | A | Dividend | | | Sold | 12/21/12 | J | A | |
| 281. -com stk General Motors Co. | | None | J | T | | | | | |
| 282. -pfd stk General Motors Co. | A | Dividend | J | T | | | | | |
| 283. -ADR Gerdau, S.A. | A | Dividend | J | T | | | | | |
| 284. -GMAC LLC Note | B | Interest | J | T | | | | | |
| 285. -Great Atl & Pac Tea Co Inc. Note | | None | J | T | | | | | |
| 286. -Hodges Fund | | None | J | T | | | | | |
| 287. -com stk Hudson Pacific Properties Inc. | A | Dividend | J | T | | | | | |
| 288. -Hussman Strategic Growth Fund | A | Dividend | J | T | | | | | |
| 289. -pfd stk ING Groep, N.V. PFD | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. -ADR Itau Unibanco Holdings, S.A. | A | Dividend | J | T | Buy (add'l) | 10/17/12 | J | | |
| 291. -com stk Lee Enterprises Inc. | | None | | | Sold | 03/02/12 | J | | |
| 292. -Lexington Realty Trust | A | Dividend | J | T | | | | | |
| 293. -Mkt Vectors ETF Trust Mkt Vectors India Sm. Cap Index ETF | A | Dividend | J | T | | | | | |
| 294. -Market Vectors Vietnam ETF | A | Dividend | J | T | | | | | |
| 295. - com stk McCormick & Schmicks Seafood Restaurants Inc. | | None | | | Sold | 01/04/12 | J | | |
| 296. -com stk Merck & Co Inc | A | Dividend | K | T | | | | | |
| 297. -com stk Morgan Stanley | A | Dividend | J | T | | | | | |
| 298. -pfd stk MPG Office Trust Inc. | | None | | | Sold | 03/02/12 | J | | |
| 299. -New Jersey State Tpk Auth. Revenue Bonds | A | Interest | J | T | | | | | |
| 300. -ADR Nokia Oyj | A | Dividend | J | T | | | | | |
| 301. -Nuveen Global Value Opportunities Fund | A | Dividend | J | T | | | | | |
| 302. -Nuveen Quality Preferred Income Fund 2 | A | Dividend | J | T | | | | | |
| 303. -pfd stk PartnerRe Ltd. PFD | A | Dividend | K | T | | | | | |
| 304. -ADR Petroleo Brasileiro, S.A. Petrobras | A | Dividend | J | T | | | | | |
| 305. -Pimco High Income Fund | A | Dividend | J | T | | | | | |
| 306. -pfd stk Realty Income Corp. | A | Dividend | | | Sold | 03/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -com stk Robert Half Int'l Inc. | A | Dividend | J | T | | | | | |
| 308. -pfd stk Royal Bank of Scotland Group PLC PFD | B | Dividend | J | T | | | | | |
| 309. -com stk Ruths Hospitality Group Inc | | None | | | Sold | 03/02/12 | J | | |
| 310. -pfd stk SL Green Realty Corp. Ser. C | B | Dividend | | | Sold | 09/24/12 | J | A | |
| 311. -pfd stk SL Green Realty Corp. Ser. D | A | Dividend | | | Sold | 07/13/12 | J | A | |
| 312. -pfd stk Sterling Bancorp Trust I PFD | A | Interest | K | T | | | | | |
| 313. -ADR Tata Motors Ltd. | A | Dividend | J | T | | | | | |
| 314. -pfd stk Taubman Centers Inc. | B | Dividend | | | Sold | 09/04/12 | K | A | |
| 315. -Third Ave. Sm Cap Value Fund Inc. | A | Dividend | J | T | | | | | |
| 316. -com stk Valley National Bancorp. | B | Dividend | K | T | | | | | |
| 317. -com stk Vishay Intertechnology Inc. | | None | J | T | | | | | |
| 318. -pfd stk Vornado Realty Trust | B | Dividend | K | T | | | | | |
| 319. -ADS CTRIP.com Int'l Ltd. | | None | | | Buy | 03/08/12 | J | | |
| 320. -com stk Freeport McMoran Copper & Gold Inc. | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 321. -pfd stk EPR Properties | | None | | | Buy | 10/09/12 | J | | |
| 322. -ADR Gold Fields Ltd. | | None | | | Buy | 10/09/12 | J | | |
| 323. | | | | | Sold | 11/02/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  -com stk Cisco Sys Inc. | A | Dividend | J | T | Buy | 10/11/12 | J | | |
| 325.  -ADR France Telecom | | None | | | Buy | 10/12/12 | J | | |
| 326.  -com stk AT&T Inc. | | None | | | Buy | 10/15/12 | K | | |
| 327.  -Select Income REIT | | None | | | Buy | 10/19/12 | J | | |
| 328.  -com stk Equity Residential | | None | | | Buy | 10/22/12 | K | | |
| 329. | | | | | Sold | 11/02/12 | K | A | |
| 330.  -Whitestone REIT | A | Dividend | J | T | Buy | 10/25/12 | J | | |
| 331.  -com stk Microsoft Corp. | A | Dividend | J | T | Buy | 10/26/12 | J | | |
| 332.  -com stk CSX Corp. | A | Dividend | J | T | Buy | 11/08/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/30/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

* Part VII. Investments and Trusts, Line 35 combines into one entry the two entries found at Lines 32 and 53 of the 2011 Report.

** Part VII. Investments and Trusts, Line 221: Error in 2011 Report - asset not sold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ D.Brock Hornby**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544